IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-10-026 |
| FRED JESSIE COLE, JR. | § | |

**O R D E R**

The government has filed an expedited motion for issuance of arrest warrant and to revoke the order of release of Fred Jessie Cole, Jr. An evidentiary hearing on this motion is set on **May 28, 2010, at 12:00 p.m.** in Courtroom 11-B.

SIGNED on May 24, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge