IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-026 |
| | § | |
| FRED JESSIE COLE JR. | § | |

**O R D E R**

Counsel for the defendant has filed a motion to withdraw as counsel, (Docket Entry Nos. 50). The motion is granted. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on September 23, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge